Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

Steve W. Berman (*pro hac vice*)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com
*Attorneys for Moonan Plaintiffs*

[Additional Counsel Listed on the Signature Page]

**UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA SAN FRANCISCO DIVISION**

| | |
|---|---|
| CHRISTOPHER MOONAN, *et al.*, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>GENERAL MOTORS LLC,<br>Defendant. | Case No. 3:18-cv-07054-JST<br><u>Class Action</u><br>Hon. Jon S. Tigar |
| CALVIN SMITH, *et al.*, on behalf of themselves and all others similarly situated,<br>Plaintiffs,<br>v.<br>GENERAL MOTORS COMPANY,<br>Defendant. | Case No. 3:19-cv-00021-JST<br><u>Class Action</u><br>Hon. Jon S. Tigar<br>**STIPULATION AND ~~[PROPOSED]~~ ORDER CONSOLIDATING CASES FOR ALL PURPOSES AND PERMITTING FILING OF CONSOLIDATED COMPLAINT** |

Plaintiffs in *Moonan, et al. v. General Motors LLC*, No. 3:18-cv-07054-JST*,* and *Smith, et al. v. General Motors Company*, No. 3:19-cv-00021-JST, and General Motors LLC ("GM"),[1] the parties in the two related cases pending before this Court, hereby stipulate as follows:

WHEREAS, the *Moonan* action was filed in this District on November 20, 2018, and the *Smith* action was filed in this District on January 2, 2019;

WHEREAS, on January 22, 2019, the Court issued an Order relating the two cases pursuant to Northern District of California Civil Local Rule 3-12;

WHEREAS, counsel for all parties in the two cases have conferred and concluded that the *Smith* action should be consolidated with the *Moonan* action for all purposes pursuant to Federal Rule of Civil Procedure 42(a) because the cases involve the same or substantially similar questions of law and fact arising from allegations (which GM denies) that GM manufactured and sold vehicles with defective Bosch CP4 diesel fuel pumps;

WHEREAS, the prerequisites for consolidation under Federal Rule of Civil Procedure 42(a) are satisfied here in that (i) both cases arise out of the same or similar issues and call for determination of the same or substantially similar questions of law; (ii) the plaintiffs in each case seek certification of the same state-wide class of current and former owners and/or lessees in California of GM vehicles fitted with a Bosch CP4 fuel pump; and (iii) the plaintiffs in each case seek substantially the same relief;

WHEREAS, consolidation of the two cases would enable more efficient motion practice and discovery and would spare the Court's resources by eliminating the need to oversee multiple cases that will ultimately present largely identical factual and legal determinations;

WHEREAS, counsel for Plaintiffs have met and conferred and have agreed to work cooperatively on behalf of Plaintiffs and the proposed Class;

WHEREAS, the parties have further met and conferred and have reached agreement on a proposed schedule for the filing of a consolidated complaint and response thereto, which would require Plaintiffs to file their consolidated complaint within seven days from the entry of an order granting this

[1] Plainitffs in *Smith* name General Motors Company as the defendant in that action. General Motors Company is a publicly traded entity that wholly owns General Motors Holdings LLC, which in turn wholly owns General Motors LLC. General Motors LLC manufactured the vehicles at issue in these actions.

Stipulation and would require GM[2] to file its response to Plaintiffs' consolidated complaint within forty-five days of the filing of the consolidated complaint;

WHEREAS, The Parties have agreed that, in the event the Court denies the instant Stipulation and Proposed Order, the Parties' proposed schedule would require GM to respond to the current complaints in the *Moonan* and *Smith* cases within 30 days of any such order; and

WHEREAS, the parties have agreed that the consolidated complaint will not include plaintiffs with claims pending in the *Smith* action who are residents of Texas, and that counsel for such Plaintiffs intends to refile file their claims in the Southern District of Texas or to include such claims in an amended complaint in the related action pending in that court, *Click, et. al., v. General Motors LLC*, No. 18-cv-00455-NRG (S.D. Tex.); and

WHEREAS, in order to allow the parties time to prepare and respond to the consolidated complaint, the parties agree that the Initial Case Management Conference currently set for March 6, 2019 should be deferred by 60 days.

IT IS HEREBY STIPULATED AND AGREED by Plaintiffs and GM, that:

1. Pursuant to Federal Rule of Civil Procedure 42(a), the above-captioned actions are hereby consolidated for all purposes into one action.

2. The master docket and master file for the consolidated actions shall be 3:18-cv-07054-JST and the consolidated action shall bear the caption *In re: General Motors LLC CP4 Fuel Pump Litigation*.

3. The Plaintiffs shall file a consolidated complaint within 7 days of the Court's entry of its order consolidating the *Moonan* and *Smith* actions for all purposes.

4. GM shall have 45 days from the date the consolidated complaint is filed in which to file a response.

5. In the event that GM's response to the consolidated complaint takes the form of a motion to dismiss, Plaintiffs shall have 30 days to oppose the motion, and GM shall have 21 days to file a reply.

6. GM shall not be required to respond to the current *Moonan* and *Smith* complaints, except, in the event that this Stipulation and Proposed Order are denied, GM shall respond to the *Moonan* and

---

[2] Counsel for Plaintiffs agree that the consolidated complaint will name only General Motors LLC as a defendant.

*Smith* Complaints within thirty days of any such order.

7. The parties request that the Initial Case Management Conferences in the *Moonan* and *Smith* cases, which are currently set for March 6, 2019, be deferred by 60 days to allow time for the Court and the parties to address consolidation and prepare and respond to the consolidated complaint.

8. This stipulation is without prejudice to any other rights that any party may have including, but not limited to, the right to oppose consolidation of additional actions.

IT IS SO STIPULATED.

Dated: February 18, 2019

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s/ Robert C. Hilliard

Shana E. Scarlett (SBN 217895)
HAGENS BERMAN SOBOL SHAPIRO LLP
715 Hearst Avenue, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: shanas@hbsslaw.com

Steve W. Berman (*pro hac vice)*
Sean R. Matt (*pro hac vice* to be filed)
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Telephone: (206) 623-7292
Facsimile: (206) 623-0594
steve@hbsslaw.com
sean@hbsslaw.com

-and-

Robert C. Hilliard, Esq. (*pro hac vice*)
Texas State Bar No. 09677700
Federal I.D. No. 5912
HILLIARD, MARTINEZ, GONZALES LLP65
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
Telephone: (361) 882-1612
Facsimile: (361) 882-3015
bobh@hmglawfirm.com

Rudy Gonzales, Jr. (*pro hac vice* to be filed)

Texas State Bar No. 08121700
Federal I.D. No. 1896
John B. Martinez (*pro hac vice* to be filed)
Texas State Bar No. 24010212
Federal I.D. No. 25316
rudy@hmglawfirm.com
john@hmglawfirm.com

Marion Reilly (*pro hac vice*)
Texas State Bar No. 24079195
Federal I.D. No. 1357491
Bradford P. Klager (*pro hac vice*)
State Bar No. 24012969
Federal I.D. No. 24435
719 S. Shoreline Blvd.
Corpus Christi, Texas 78401
Phone: (361) 882-1612
Fax: (361) 882-3015
marion@hmglawfirm.com
brad@hmglawfirm.com

-and-

T. Michael Morgan, Esq. (*pro hac vice* to be filed)
FBN: 0062229
MORGAN & MORGAN, P.A.
20 North Orange Ave., Ste. 1600
P.O. Box 4979
Orlando, FL 32801
Tel.: (407) 418-2081
Fax: (407) 245-3392
mmorgan@forthepeople.com
plarue@forthepeople.com

*Attorneys for Moonan Plaintiffs*

Dated: February 18, 2019

GIBBS LAW GROUP LLP

By: /s/ *David Stein*

Eric H. Gibbs (SBN 178659)
David Stein (SBN 257465)
Steven Lopez (SBN 300540)
GIBBS LAW GROUP LLP
505 14th Street, Suite 1110
Oakland, California 94612
Telephone: (510) 350-9700

Facsimile: (510) 350-9701
ehg@classlawgroup.com
ds@classlawgroup.com
sal@classlawgroup.com

*Attorneys for Smith Plaintiffs*

Dated: February 18, 2019

CROWELL & MORING LLP

By: /s/ April Ross

Joshua Thomas Foust
CROWELL & MORING LLP
3 Embarcadero Center, 26th Floor
San Francisco, CA 94111
415-365-7212
jfoust@crowell.com

Kathleen Taylor Sooy (*pro hac vice*)
April N. Ross (*pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Avenue, NW
Washington, DC 20004
(202) 624-2500
Fax: 202-628-5116
ksooy@crowell.com
aross@crowell.com

*Counsel for General Motors LLC*

* * *

## ~~[PROPOSED]~~ ORDER

Pursuant to stipulation, and good cause appearing therefore, IT IS SO ORDERED.

Dated: February 20, 2019

HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE